IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LYNN KIRKPATRICK, | § | |
|    Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:12-cv-03548 |
| vs. | § | |
| | § | |
| ENHANCED RECOVERY COMPANY, | § | |
| LLC, | § | |
|    Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Houston Division, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,

WEISBERG & MEYERS, LLC

By: /s/ Joseph Panvini
Joseph Panvini
Southern District Bar No. 1572837
jpanvini@attorneysforconsumers.com
WEISBERG &MEYERS, LLC

Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone: (888) 595-9111
Facsimile: (866) 565-1327

Attorney-in-Charge for Plaintiff
LYNN KIRKPATRICK

## CERTIFICATE OF SERVICE

I certify that on March 12, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

/s/  Joseph Panvini
Joseph Panvini