**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LYNN KIRKPATRICK, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:12-cv-03548 |
| vs. | § | |
| | § | |
| ENHANCED RECOVERY COMPANY, | § | |
| LLC, | § | |
|     Defendant. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court, Southern District of Texas, Plaintiff's Notice of Dismissal of Case With

Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: /s/ Joseph Panvini
Joseph Panvini
Southern District Bar No. 1572837
jpanvini@attorneysforconsumers.com
WEISBERG &MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone: (888) 595-9111
Facsimile: (866) 565-1327

Attorney-in-Charge for Plaintiff
LYNN KIRKPATRICK

## CERTIFICATE OF SERVICE

I certify that on March 26, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.


/s/ Joseph Panvini
Joseph Panvini