IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lynn Kirkpatrick,<br>      Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. H-12-3548 |
| | §<br>§ | |
| Enhanced Recovery Company, LLC,<br>      Defendant. | §<br>§ | |

## ORDER

In accordance with the Notice of Voluntary Dismissal filed on March 26, 2013, it is hereby

**ORDERED** that this action be dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 27th day of March, 2013.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE